IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Newton Family, LLC | ) | Civil Action No.: 2:07-cv-02964 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles Cathcart, individually; Yuri Debevc, individually; Bancroft Ventures, Limited, an Isle of Man corporation; Veridia Solutions, LLC, a South Carolina limited liability company; Bryan Jeeves, individually; The Jeeves Group of Companies, a foreign association, and DOES 1-20, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| WCN/GAN Partners, Ltd., a Colorado partnership, | ) ) | Civil Action No.: 2:07-cv-02965 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING PLAINTIFFS'** |
| vs. | ) | **JOINT MOTION FOR A** |
| | ) | **DETERMINATION OF FINALITY OF** |
| Charles Cathcart, individually; Yuri Debevc, individually; Bancroft Ventures Limited, an Isle of Man corporation; Bryan Jeeves, individually; The Jeeves Group of Companies, a foreign association; and Does 1-10, | ) ) ) ) ) ) ) | **JUDGMENTS AGAINST CERTAIN DEFENDANTS** *NUNC PRO TUNC* |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the joint motion of Plaintiffs Kevin Campbell, Chapter 7 Trustee of the Estate of Derivium Capital, LLC; Alan M. Grayson and The AMG Trust; General Holding, Inc.; Robert & Melanie Sabelhaus; Newton Family, LLC; and

1

WCN/GAN Partners, Ltd. ("Plaintiffs") for an express determination that there is no just reason to delay in entering final judgments against certain defendants, pursuant to Fed. R. Civ. P. 54(b).

**IT APPEARS** to the satisfaction of the Court that there is no just reason to delay in entering final judgments as to those defendants against whom default judgments have been obtained by Newton, to wit:

*Newton Family, LLC v. Cathcart, et al.*, No. 07-2964 (June 19, 2008) (judgment against Bryan Jeeves, and The Jeeves Group) (Entry No. 261).

**IT FURTHER APPEARS** to the satisfaction of the Court that there is no just reason to delay in entering final judgments as to those defendants who participated in the month-long trial before this Court that commenced on February 2, 2009 and against whom judgments have been obtained by Newton and WCN, to wit:

*Newton Family, LLC v. Cathcart, et al.*, No. 07-2964 (Nov. 24, 2009) (judgment against Charles Cathcart, Yuri Debevc, and Veridia) (Entry No. 489); and *WCN/GAN Partners, Ltd. v. Cathcart, et al.*, No. 07-2965 (Nov. 24, 2009) (judgment against Charles Cathcart, Yuri Debevc, and Veridia) (Entry No. 432).

**IT IS HEREBY ORDERED** Plaintiffs' motion be GRANTED, and that the above-listed judgments are final and appealable under Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED** that this Order be deemed effective *nunc pro tunc* to the respective dates of entry of each of the above-listed judgments.

**AND IT IS SO ORDERED**.

_____
The Honorable David C. Norton

April 28, 2010
Charleston, South Carolina